UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID JORDAN

       Plaintiff,

v.                                   Case No. 07-10681
                                       06-14081
                                 Hon. Sean F. Cox

UNITED STATES POSTAL SERVICE,

       Defendant.

_____

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On April 2, 2008, Magistrate Judge Donald A. Scheer submitted a Report and Recommendation recommending that the Court grant Defendant's Motion for Summary Judgment . Because the Court did not receive objections from either party within the time frame provided for in 28 U.S.C. § 636(b)(1); Fed.R.Civ.P. 72(b); and E.D. Mich. LR 72.1(d)(3), the Court adopts the Magistrate Judge's Report and Recommendation. The Court, therefore, **GRANTS** Defendant's Motion for Summary Judgment.

**IT IS SO ORDERED.**

                                          s/ Sean F. Cox
                                          SEAN F. COX
                                          United States District Judge

Date:  May 15, 2008

I hereby certify that on May 15, 2008, a copy of the foregoing document was served upon counsel of record by electronic means and by First Class Mail upon:

| | |
|---|---|
| David Jordan | David Jordan |
| 14757 Wilfred | 14320 Kercheval |
| Detroit, MI 48213 | Detroit, MI 48215 |

                                          s/ J.  Hernandez
                                          Case Manager